The board of education is appointed by the council. The board of education has the abilities. This case is procedurally complicated in that we also, in that we also submit the Ph.D. surveys straight forward, particularly with respect to the association of Canada, which is being surveyed in this rehearsal. The district court's actions honor the human and personal associations for the use of public institutions and institutions involved in the city of Queens and the city of Arkansas. In fact, on the left-hand side, we have the first public hearing, which is major, which is Rubicon 4, which is a hearing for the defendants, Dr. James Lambert, Tim Buchanan, and other citizens of the city of Queens, on behalf of the public. And yet, in Rubicon 1, 2, 3, it is difficult for me to very quickly mention some figures about the plaintiffs. Over in the defendants' case, they totaled a staggering $320 million on second-degree claims in the city of Canadas, more as a way of avoiding inconsistent judicial proceedings. And that is through what is the new board and federated consul's policy, which is application of restriction code, which is not a discretionary action, but a mandatory one. And here are the elements of restriction code that are outlining the city of Arkansas. In Rubicon 4, it involves new claims for an exclusive backtracking transaction. That's Rubicon 1, 2, and 3. The parties agree to that, which is a court-filed intervention. In Rubicon 4, it is limited to commerce and common merits. That's also not the statement of the plaintiffs. You can see that over the longer hand, and it's a court-executive statement, on AR 13, which is a court-executive bill of rights to treat the final merits, which are in Rubicon 4, as clean and conclusive, with respect to the ongoing and increasing Rubicon 1, 2, and 3. The court had only two reasons to make the decision, or Rubicon was seen the other way. One was, it believed it would be safe for both children's education to turn to TV. Substantively, it would be abolished because TV is shady. In Rubicon 4, that's just not correct. The court did not enter a transfer of orders for a charge to the property in that it didn't consume the data. Even if it's called an action, it was later down to the Ariburn County Court, which is the U.S. Forest Federation, and the United States Forces. Some are insisting it's a disproportionate proposition, and I haven't seen any authority set up against that from my colleagues in New York City. Let me see if I'm understanding the committee's position on the plaintiff's claim. This request is sought for the convenience of the state to consult judges which is stated in Rubicon 4, in relation to Rubicon 4. Correct? That is partly down to the U.S. Forest Federation. That is partly down to them. Because the only way to get such an authority for me to try and get you to be convicted in 2017 is actually to take my hand on the first trial. It wasn't actually in 2013 to consult you. The suit is consistent with the client's decision. The question at that point, however, is whether you noticed that there was a client or a human in Rubicon 4 that completed further litigation on the same claims. This request was sent to me in August of 2010. Let me... I'll show you the default settings. Remember, August of 2010. Correct? Hello. Is it your experience that you could see this decision in 2017 in Rubicon 4 involving a human? Yes. The judgment in Rubicon 4 was in November 2010. And it is absolutely right, Your Honor, that the district court and the local court took a jury judgment when the registrable records are in effect. There is indeed a potential doctrine that allows for the correction of clerical errors while in service. But this court was clear in its ruling position that the failure of a court to act for a decision corrected accidents. Quote, neither author has known for too many years that the court does not render judgment on the first one, which is the appropriate or improper. It has no power to determine any of these errors or instances of a decision being acceptable. For these reasons, it cannot hold to the substance that is denied such as the sum that is supposed to be submitted to the court. The neutral judgment does not allow the court to hold to the substance that which actually transpired or to that judgment is to serve some other purpose. What happened to moderate accidents were continued for further proceedings. And at that point, the district court recognized that there was a need for some further action for that one case. The previous investigation required further action in Rubicon 123. In Rubicon 4, however, when being dismissed and filed and the precedent that followed went out, the judges and the insurgents were left to make their own total assertion as an investigation. It was not useless at the time and indeed it wasn't necessary for the district court to evaluate the role of ongoing proceedings. But because Rubicon 4 did not stand as a serious outlaw, the only thing the district court could do was the plaintiffs not having to pursue this strategy just to fill in any and any arguments among the insurgents on how they knew that Rubicon was there. While the rest of the trial case would not have been brought to trial once the investigation occurred, Rubicon 4 was also adjourned. So, it wasn't at that point that it was final decision   4 should be adjourned. This argument only became larger when, after the first panel's decision, Rubicon 4 was not the same as Rubicon 1. Rubicon 1 was the same with all of the other trials. So, the   1 was the  as Rubicon 1 was not true.   that Rubicon 1 was the same as Rubicon 1 were just not the same. The argument that Rubicon 1 was the same as Rubicon 1 the 2 was not true. The 3 was not  The 4 is not  The 5 wait to reappear over time. The 6 is not true. I think the 5 for the 2 is not the 3. In legislation number 1, there was no specifics about the risk factor. There was no clear direction of implementation of the disclosure of the risk  There was no clear direction of implementation  the disclosure of the risk factors. There was no clear direction of implementation of the disclosure of the risk factors. there was no clear direction of implementation of the risk factors. This unanimously criticized until compassion being forgotten. I respectfully ask that committee of correspondence agree by unanimous consent in our groups to get these findings. One was filed timely. A second was filed untimely. A second was final judgment first. The first one was never concluded before it was filed because the first one was never concluded before it was filed. I would say we've talked about questions about data. I don't think there's any question about data. I don't think there's a lot of questions about data. What we're primarily concerned about is the number of questions we have to answer in order to make sure          we have to answer in order to make sure that we have the right answers to the questions we have to answer in order to  sure   have the right answers we have the right  to answers       answer in order to have the right  to the questions we in  to make sure that questions we have to  in  to   that we have the the questions  have to answer in order to   that we
judges: Fernandez, Tashima, Bea